FILED

SEP 28 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| David Fletcher,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>Greystone Alliance LLC; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 1:11-cv-01176-SKO<br><br>[~~PROPOSED~~ ORDER] |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: 9-28-11　　　　　　　　　　_____

　　　　　　　　　　　　　　　Judge: ~~Sheila K. Oberto~~
　　　　　　　　　　　　　　　A.W. Ishii
　　　　　　　　　　　　　　　District Judge

1:11-cv-01176-OWW -SKO　　　　　　　　　　　　　　　STIPULATION OF DISMISSAL